UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALEXANDER HARKEN, et al.,<br><br>                    Defendants. | Case No. 3:24-cv-00303-JSC<br><br>**ORDER TO SHOW CAUSE RE: DIVERSITY JURISDICTION**<br><br>Re: Dkt. No. 1 |

AIG Property Casualty Company ("AIG") filed a complaint in this Court. (Dkt. No. 1.) AIG contends the Court has subject matter jurisdiction "pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum of $75,000 exclusive to interest and costs and this action is between citizens of different states." (*Id.* ¶ 7.) A federal court's diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States." 28 U.S.C. § 1332(a)(1). "This statute . . . require[s] complete diversity of citizenship" meaning "*each* defendant" must be "a citizen of a different State from *each* plaintiff." *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978).

In its complaint, AIG asserts four Defendants are citizens of California for diversity purposes (Defendants Alexander Harken, Angela Aquino-Sales, James Sales, and Ajay Martin), and one Defendant, UDR, Inc., is a citizen of both Maryland and Colorado for diversity purposes. (*Id.* ¶¶ 2-6.) The federal diversity jurisdiction statute provides "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C.A. § 1332(c)(a); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010). AIG asserts it is "an insurance company

authorized to do and doing business in the State of California." (*Id.* ¶ 1.) However, AIG does not allege its state of incorporation or principal place of business, and therefore does not allege its own citizenship. So, the complaint insufficiently alleges subject-matter jurisdiction because the complaint does not allege complete diversity between the parties.

Accordingly, the Court ORDERS AIG to, on or before February 20, 2024, show on the record the existence of diversity subject matter jurisdiction. Plaintiff may submit an Amended Complaint which properly alleges AIG's citizenship if it chooses.

**IT IS SO ORDERED.**

Dated: February 12, 2024

JACQUELINE SCOTT CORLEY
United States District Judge

2